

7 Century Drive, Suite 201
Parsippany, NJ 07054
Telephone: 973-538-4700
Facsimile: 973-538-8234

September 16, 2015

Clerk of the Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

    RE:    JOSEPH P. SODANO & JOAN SODANO
           Case No. 14-19570 TBA
           File No. B616-445

Dear Sir/Madam:

As you may already be aware our office represents BAYVIEW LOAN SERVICING, LLC with regard to property located at <u>409 RT 22, WHITEHOUSE STATION, NJ 08889</u>. Pursuant to the Chapter 13 Plan which states that the property is to be surrendered upon confirmation.

An Order confirming the Plan was entered on 9/14/2015.

As such, this letter shall serve as notice that the automatic stay is no longer in effect and that our client BAYVIEW LOAN SERVICING, LLC, will hereby resume or initiate a foreclosure, if necessary.

Very truly yours,

<u>/S/ Nicholas V. Rogers, Esq.</u>

BY: NICHOLAS V. ROGERS, ESQ.

cc: Trustee
    Bankruptcy Court
    Debtor